UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-CR-145(JDB) |
| v. : | |
| : | **UNDER SEAL** |
| LUIS MIGUEL TEIXEIRA-SPENCER, : | |
| and OLATUNJI DAWODU, : | |
| Defendants. : | |

## MOTION TO UNSEAL

At the time that the indictment was returned in this case and arrest warrants were issued for both defendants, neither defendant was in custody and search warrants had not yet been executed at their respective residences. Search warrants were subsequently conducted and both defendants were arrested in Ft. Lauderdale, Florida. The defendants are currently still in Florida and are awaiting their detention hearings (detention hearings have been delayed due to a quarantine issue and defense counsel availability). Because there is no longer a risk that either defendant will flee or destroy evidence, there is no longer a need for the indictment to remain under seal. Accordingly, the government request that the Court unseal the indictment.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar # 415793

By:   /s/ LAURA CRANE
LAURA CRANE
Assistant United States Attorney
D.C. Bar No. 992454
555 Fourth Street, N.W.
Washington, D.C. 20530
(202)252-7667
Laura.crane@usdoj.gov