UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-CR-145(JDB) |
| v. : | |
| : | |
| LUIS MIGUEL TEIXEIRA-SPENCER, : | **UNDER SEAL** |
| and OLATUNJI DAWODU, : | |
| Defendants. : | |

## ORDER TO UNSEAL

For the reasons set forth in the government's Motion to Unseal, there is no longer a need for the indictment to remain under seal and the indictment is hereby **ORDERED** that the indictment is entered on the public docket.

**SO ORDERED** this _____ day of March, 2021.

_____
HONORABLE JOHN D. BATES
United States District Judge