UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | CRIMINAL NO. 21-CR-145 (JDB) |
| LUIS MIGUEL TEIXEIRA-SPENCER, : | |
| and OLATUNJI DAWODU, : | |
| : | |
| Defendants. : | |

## NOTICE OF FILING

Attached hereto is the transcript from the Detention Hearing held in the Southern District of Florida on March 31, 2021.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney

By:

_____/s/_____
Laura Crane, D.C. Bar 992454
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20001
(202) 252-7667
*Laura.crane@usdoj.gov*

1