UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES                             :

    v.                                      : Crim. No. 21-145-1 (JDB)

LUIS MIGUEL TEXEIRA-SPENCER    :

## APPEARANCE OF COUNSEL FOR DEFENDANT

Please enter the appearance of undersigned retained counsel on behalf of the Defendant. Counsel will act as local counsel for attorney Jack A. Fleischman, who is being sponsored by undersigned counsel for admission, *pro hac vice*, to the bar of this Court.

/s/

Stephen F. Brennwald, Esq.
Bar No. 398319
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, S.E.
Washington, D.C.  20003
(301) 928-7727
(202) 544-7626(facsimile)
E-mail:  sfbrennwald@cs.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent by ECF, this 27th day of May, 2021 to the U.S. Attorney's Office, 555 4th Street, N.W., Washington, D.C. 20530, and to all counsel of record.

/s/

Stephen F. Brennwald