UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES**                           :

     v.                                      :   **Crim. No. 21-CR-145 (JDB)**

**LUIS MIGUEL TEIXEIRA-SPENCER**    :

## UNOPPOSED MOTION TO APPEAR PRO HAC VICE

Undersigned counsel, Jack A. Fleischman, sponsored by a member of the bar of this Court, Stephen F. Brennwald, Esq., pursuant to the local rules, hereby seeks admission to the bar of this Court *pro hac vice* for the sole purpose of representing the above-named defendant in this matter.  Counsel has read the relevant rules, is familiar with the Rules of this Court, and has attached hereto the Certificate required by the Rule.  Undersigned counsel, Stephen F. Brennwald, hereby also moves for the *pro hac vice* admission of Mr. Fleischman, and for an Order authorizing him to represent the defendant at court hearings and in other related matters in connection with his representation of the defendant in this jurisdiction.

The United States does not oppose this motion.


Respectfully submitted,

    */s/*
_____

Jack A. Fleischman, Esq.
Florida Bar No.: 0714534
Fleischman & Fleischman, P.A.
2161 Palm Beach Lakes Blvd, Suite 403
West Palm Beach, FL  33409
561-585-3666
jf@ffjustice.com

*Stephen F. Brennwald*

_____

Stephen F. Brennwald, Esq.
Bar No. 398319
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, S.E.
Washington, D.C.  20003
(301) 928-7727
(202) 544-7626 (facsimile)
sfbrennwald@cs.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent by ECF, this 27th day of May, 2021 to the U.S. Attorney's Office, 555 4th Street, N.W., Washington, D.C.  20530, and to all counsel of record.

/s/

Stephen F. Brennwald