UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | : |
| v. | : Crim. No. 21-CR-145 -1(JDB) |
| **LUIS MIGUEL TEIXEIRA-SPENCER** | : |

**ORDER**

Upon consideration of the Unopposed Motion for Admission Pro Hac Vice of attorney Jack A. Fleischman, Esq., it is, this _____ day of _____, 2021, hereby

ORDERED, that the motion is GRANTED; it is further

ORDERED, that attorney Jack A. Fleischman shall be, and is, admitted to the bar of this Court Pro Hac Vice for the sole purpose of representing Luis Miguel Teixeira-Spencer in the above-captioned matter in court hearings and in the filing of any written submissions, all of which must be counter-signed by Mr. Fleischman's sponsoring attorney, Stephen F. Brennwald, Esq.

_____
The Honorable John D. Bates
Senior United States District Judge