UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES                    :

    v.                              :  Crim. No. 21-CR-145-1 (JDB)

LUIS MIGUEL TEXEIRA-SPENCER       :

## PRO HAC VICE CERTIFICATE

Undersigned counsel, Jack A. Fleischman, pursuant to the local rules, states as follows:

1. My name is Jack A. Fleischman

2. My office address is 2161 Palm Beach Lakes Blvd, Suite 403, West Palm Beach, FL 33409.  My phone number is 561-585-3666.  My email address is jf@ffjustice.com

3. I am admitted to the bar of the highest courts in the following States:

   a. Supreme Court of Florida
   b. Illinois Supreme Court

4. I have not been suspended or disbarred from the practice of law for disciplinary reasons by any court.

5. None.

6. Not applicable.

                                                Respectfully submitted,

                                                *Jack A. Fleischman*
                                                _____
                                                Jack A. Fleischman, Esq.
                                                Fleischman & Fleischman, P.A.
                                                2161 Palm Beach Lakes Blvd.
                                                Suite 403
                                                West Palm Beach, Florida 33409
                                                561-585-3666
                                                jf@ffjustice.com