UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**21-145-1 (JDB)**

UNITED STATES OF AMERICA,
vs.
LUIS MIGUEL TEXEIRA-SPENCER,
   Defendant.
_____/

**NOTICE OF PERMANENT APPEARANCE AS COUNSEL OF RECORD
FOR DEFENDANT TEXEIRA-SPENCER FOR TRIAL PURPOSES**

    COMES NOW, Jack A. Fleischman, Esq., of Fleischman & Fleischman, P.A., admitted *pro hac vice*, and files this appearance as counsel of record for the above named defendant. Counsel agrees to represent the defendant for all proceedings in this case. in the United States District Court in and for the District of Columbia circuit, for trial purposes.

                                      /s/ Jack A. Fleischman
                                      FLEISCHMAN & FLEISCHMAN, P.A.
                                      Jack A. Fleischman
                                      2161 Palm Beach Lakes Blvd., Ste. 403
                                      West Palm Beach, FL 33409
                                      Phone  561-585-3666
                                      Fax    561-471-8343
                                      Fla. Bar No.: 0714534
                                      Email (CM/ECF): fflaws@gmail.com
                                      Email (personal):  jf@ffjustice.com

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Clerk of Court using CM/ECF and served this 15rd day of June, 2021, on all counsel of record and the U.S. Attorney's Office, District of Columbia.

                                            /s/Jack A. Fleischman
                                            Jack A. Fleischman

cc: Client