UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**21-cr-00145-1 (JDB)**

UNITED STATES OF AMERICA,
vs.
LUIS MIGUEL TEXEIRA-SPENCER, and
OLENTUNJI DAWODU,
   Defendants.
_____/

**JOINT UNOPPOSED MOTION TO RESET THE STATUS CONFERENCE OF DECEMBER 2, 2021**

COMES NOW, the defendant, Luis Miguel Texeira-Spencer, and files this joint unopposed motion to reset for a period of two weeks, the status conference now set for December 2, 2021, and in support of this motion states as follows:

1. The instant case is set for a status conference on December 2, 2021 at 11:00 a.m.

2. Both defendants are in talks with the government which could lead to a settlement of the case without having to proceed to trial. The parties are requesting a reset of two weeks. The government is in agreement with this request.

3. The defendants agree that any time from the current hearing date of December 2, 2021, through the reset date would be excluded from the Speedy Trial Act.

4. The request for a reset is being made in good faith and not for the sole purpose of delaying these proceedings. Neither side will be prejudiced by the requested delay, and both defendants and the government are in agreement that a short reset is in the best interest of all parties.

1

WHEREFORE the defendants request that this honorable court grant the instant unopposed joint motion, and reset the status check now set for December 2, 2021, for a new date in two weeks, and further, order that the time between the December 2, 2021 date, and the new date be excluded under the Speedy Trial Act.

/s/ Jack A. Fleischman
FLEISCHMAN & FLEISCHMAN, P.A.
Jack A. Fleischman
2161 Palm Beach Lakes Blvd., Ste. 403
West Palm Beach, FL 33409
Phone  561-585-3666
Fax   561-471-8343
Fla. Bar No.: 0714534
Email (CM/ECF): fflaws@gmail.com
Email (personal):  jf@ffjustice.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Clerk of Court using CM/ECF and served this 30th day of November, 2021, on all counsel of record and the U.S. Attorney's Office, District of Columbia.

/s/Jack A. Fleischman
Jack A. Fleischman

cc: Client