## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | Case No.: 21-CR-145 (JDB) |
| **LUIS MIGUEL TEXIXEIRA-SPENCER,** : | |
| **OLATUNJI DAWODU,** : | |
| : | |
| **Defendant.** : | |

### NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Connor Mullin is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

DATED: September 14, 2022      By:    */s/ Connor Mullin*
Connor Mullin
DC 981715
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
Connor.Mullin@usdoj.gov
(202) 252-7079

## **CERTIFICATE OF SERVICE**

On this 14th day of September 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

>*/s/ Connor Mullin*
>Connor Mullin
>Assistant United States Attorney