CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. )  Criminal Case No.: 21-145-1 (JDB)
)
LUIS MIGUEL TEIXEIRA SPENCER )
)
)

**FILED**
SEP 2 3 2022
Clerk, U.S. District and Bankruptcy Courts

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____   Date: 9/23/22
John D. Bates
United States District Judge