FILED
SEP 2 3 2022
Clerk, U.S. District and
Bankruptcy Courts

21-CR-145-1 (JDB)
USA V. LUIS MIGUEL TEXEIRA SPENCER

**STATEMENT OF OFFENSE**

**BACKGROUND**

In the spring of 2018, the FBI, in partnership with other law enforcement agencies, including the United States Postal Inspection Service and Food and Drug Administration's Office of Criminal Investigations, began investigating a drug trafficking organization that was distributing pressed pills containing fentanyl on Darknet markets. Specifically, the pills containing fentanyl were being sold via Darknet markets using the moniker "johncarter7" and, in some cases, using online communication platforms to facilitate the sale of said narcotics. The drugs were shipped to customers across the United States using the United States Postal Service ("USPS"). The moniker would accept online orders, receive payment for these orders in cryptocurrency, such as bitcoin, and mail the orders to the recipients via the USPS. In addition to communicating via the Darknet markets, individual customers would also communicate with the operator of the moniker via messaging applications, including Jabber, to coordinate direct purchases of pills pressed with fentanyl that were paid for in cryptocurrency and shipped to the purchasers via the USPS. As a result of the investigation detailed below, law enforcement was able to identify Defendants Luis Spencer and Olatunji Dawodu (hereinafter referred to as "Spencer," "Dawodu," and collectively as the "Defendants") as working together to coordinate, process, package, and mail orders from the johncarter7 moniker.

**JOHNCARTER7'S OPERATION ON VARIOUS DARKNET MARKETS**

Beginning in approximately February of 2017 and continuing through at least August 2020, johncarter7 operated as a vendor across several Darknet markets, including AlphaBay, Wall Street, Dream, and Empire. Specifically, johncarter7 advertised oxycodone pills pressed with fentanyl for sale on the AlphaBay and Wall Street markets. Johncarter7 similarly advertised the sale of pills on Dream and Empire markets that were similar to the AlphaBay and Wall Street ads;

1

however, the word "fentanyl" was removed from the listings in order to attempt to comply with restrictions imposed by those markets.

Beginning in February 2017, the johncarter7 AlphaBay account advertised the sale of oxycodone pressed with fentanyl, in quantities ranging from 10 to 2,000 pills. The listings stated that the product was "oxycodone v 4812 30MG pressed with Fentanyl 0.8 MG which is equal 100MG OXY as active substance. The product has accurated dosage [ no hot spot ]." Johncarter7 operated on AlphaBay until the market's takedown by law enforcement in July 2017, during which law enforcement seized the computer servers associated with the market.

As of April 2019, the johncarter7 account on Wall Street advertised the sale of "oxycodone M30 best in the market." The listing further described that "these pills are pressed with just the right amount of fentanyl no hot spots to overdose solid product all the way around I been around for years since alpha bay days those that know me same product as before MONEY BACK GUARANTEE." The reference by johncarter7 on Wall Street Market to the "alpha bay days" is a reference to their previous operation on AlphaBay. Johncarter7 operated on Wall Street until the market's takedown by law enforcement in April 2019, during which law enforcement seized the computer servers associated with the market.

During the course of the investigation, law enforcement identified johncarter7's Pretty Good Privacy ("PGP") public keys on its vendor accounts on AlphaBay, Dream, Wall Street, and Empire Market.[1] Law enforcement confirmed the PGP public key listed for johncarter7 on

---

[1] PGP encryption is used by Darknet vendors to encrypt their communication with customers. When a user creates a PGP encryption key, the user is provided a public and private key. Darknet vendors advertise their public keys on marketplaces as a way for customers to encrypt messages sent to them, while keeping their private keys secret to be used to decrypt the messages. As Darknet markets have been disrupted over the past few years and vendors create new accounts on new markets, use of the same public PGP key across markets is considered the best way for a vendor to prove that the vendor is who the vendor purports to be, as only the true vendor would have access to the private key.

AlphaBay, Dream, Wall Street, and Empire Markets was identical, confirming the johncarter7 account operator was consistent across the different markets.

By combining records obtained from the AlphaBay and Wall Street servers with sales and review information collected from Dream and Empire Markets, law enforcement calculated the number of transactions conducted by johncarter7, the minimum number of pills sold in those transactions, and the approximate dollar value of the transactions:

| Market | Date Range for Moniker Activity | # of Transactions | # of Pills | Total Bitcoin Sales |
|---|---|---|---|---|
| AlphaBay | 2/14/17 – 7/5/17 (sales conducted) | 735 | 43,870 | $406,780 (incl. shipping) |
| Dream | 6/20/15 – 3/19/19 | 800 | 8,000 | $141,440 (not incl. shipping) |
| Wall Street | 3/16/19 – 4/23/19 | 50 | 1,707 | $22,346 (incl. shipping) |
| Empire | 04/26/19 – 8/16/20 | ~1,154 | ~18,761 | $196,855 (incl. shipping) |
| TOTAL | | 2,379 | 72,338 | $767,421 |

Forensic chemists employed by the Drug Enforcement Administration conducted analyses of numerous pills seized during the course of the investigation and using weights of those pills, the total approximate weight of pills containing fentanyl in the transactions in the above chart is at least 9,042 grams.[2]

### SPENCER'S OPERATION OF THE JOHNCARTER7 MONIKER

As noted, the PGP public key for the johncarter7 account was consistent across all markets. Law enforcement decoded the PGP public key and identified the email address

---

[2] Using a conservative weight of .125 grams per pill (some pills weighed as high as .15 grams) and multiplying that weight by the total number of pills, results in a total of 9,042 grams of a mixture and substance containing fentanyl. This quantity does not account for thousands of additional pills sold directly (as evidenced by the Jabber records).

3

(berriesnation1999@gmail.com) embedded in the PGP public key. This email address was identified as an account used and controlled by Spencer to handle various aspects of the johncarter7 operation.

Information on the AlphaBay server seized in 2017 provided extensive insights into the johncarter7 account. The johncarter7 account on AlphaBay was created on or about May 28, 2015, and was initially used to purchase narcotics, hacked account information, and stolen credit card data. Law enforcement identified a bitcoin address ending in -cPqS that funded the first 32 deposits to the johncarter7 account, between June 1, 2015, and January 5, 2016. The deposits funded purchases of several kilograms of acetyl fentanyl, among other things. The QR code for the wallet using this address was found within Spencer's iCloud account.[3] Additionally, some narcotics purchases by the AlphaBay account were shipped to a Rhode Island address connected to Spencer.

Several other deposits to the johncarter7 AlphaBay account between September and December of 2016 were linked to Spencer's LocalBitcoins.com account ("johncarter777") through virtual currency tracing. LocalBitcoins.com is a person-to-person bitcoin trading site that allows people from different countries to exchange their local currency to bitcoins. Spencer paid cash to purchase bitcoin from Witness #1, then deposited that bitcoin to the johncarter7 AlphaBay account. These deposits funded several purchases of furanyl fentanyl, among other things.

Witness #1 communicated with Spencer using Telegram, an encrypted messaging application, where Witness #1 saved Spencer's contact information as "LBC johncarter777" ("LBC" is an apparent reference to the LocalBitcoins.com market where Witness #1 first encountered Spencer and began trading with him).

---

[3] A wallet QR Code makes transactions easier for cryptocurrency users – rather than sending long strings of numbers and letters as a wallet address, users can share simply share a scannable code to initiate a transaction.

4

Starting in February 2017, the johncarter7 account transitioned from just purchasing items on AlphaBay to a vendor account selling oxycodone pills pressed with fentanyl as previously noted, but it continued to purchase large quantities of fentanyl and fentanyl analogs. Spencer created a separate LocalBitcoins.com account to cash out the bitcoin proceeds from johncarter7's sales of oxycodone pills pressed with fentanyl. This account used the handle "Wolfman7777" and was registered using his name and email address. Spencer used this account to receive bitcoin withdrawn from the johncarter7 AlphaBay account— directly and via intermediary wallets. Spencer sold this bitcoin to Witness #1 from this account and then later through direct trades separate from the LocalBitcoins platform.

Analysis of AlphaBay bitcoin addresses associated with johncarter7 revealed the proceeds from illicit sales conducted by johncarter7 were withdrawn to a bitcoin address ending in -4MW9. A query of publicly available information revealed the bitcoin wallet containing this address sent 0.2625558 bitcoin to an address ending in -xjx7 on or about May 27, 2017, that law enforcement determined was associated with Coinbase. Coinbase is a registered cryptocurrency exchange that allows users to buy and sell cryptocurrency. Records provided by Coinbase revealed the transaction was to process a payment to Expedia. Expedia records indicated the payment was for a hotel reservation in Fort Lauderdale, Florida, under Spencer's name, email address, and known phone number. Evidence pertaining to this reservation was located on electronic devices recovered in Spencer's residence during the course of this investigation. This wallet also conducted several transactions to send bitcoin to an account registered to Witness #2, an individual with whom Spencer frequently spoke and whom Spencer used to cash out bitcoin.

From June 2015 to June 2017 the johncarter7 account purchased over ten kilograms of fentanyl analogs and other opioid chemicals. Details of those purchases, obtained from the AlphaBay server, include the following transactions:

| Date | Quantity (grams) | Title | Price |
|---|---|---|---|
| 6/4/2015 | 10 | AcetylFentanyl Powder (99%+ Pure) | $199.94 |
| 6/19/2015 | 1,000 | AcetylFentanyl Powder (99%+ Pure) | $7,029.94 |
| 7/16/2015 | 1,000 | AcetylFentanyl Powder (99%+ Pure) | $7,029.94 |
| 7/28/2015 | 1,000 | AcetylFentanyl Powder (99%+ Pure) | $7,029.94 |
| 8/4/2015 | 1,000 | AcetylFentanyl Powder (99%+ Pure) | $7,029.94 |
| 6/2/2016 | 10 | China White Synthetic Heroin | $146.00 |
| 6/12/2016 | 10 | Furanylfentanyl (High Purity) | $199.94 |
| 6/27/2016 | 10 | of Carfentanyl HCL 99.9% | $1,439.81 |
| 7/6/2016 | 25 | U-47700 | $395.00 |
| 7/6/2016 | 10 | U-47700 Powder | $330.00 |
| 7/22/2016 | Unknown | 375 custom | $13,704.26 |
| 9/4/2016 | 10 | Furanylfentanyl (99%pure) Fentanyl | $180.00 |
| 10/5/2016 | 100 | Furanylfentanyl (99%pure) Fentanyl | $1,030.00 |
| 10/21/2016 | 10 | Furanylfentanyl (99%pure) Fentanyl | $180.00 |
| 11/18/2016 | 100 | Furanylfentanyl (99%pure) Fentanyl | $1,030.00 |
| 12/17/2016 | 100 | Furanylfentanyl (99%pure) Fentanyl | $1,030.00 |
| 12/22/2016 | 200 | Furanylfentanyl (99%pure) Fentanyl | $2,060.00 |
| 12/29/2016 | 100 | Furanylfentanyl (99%pure) Fentanyl | $1,030.00 |
| 1/2/2017 | 1,000 | Furanylfentanyl (99%pure) Fentanyl | $7,030.00 |
| 2/13/2017 | 1,000 | Furanylfentanyl (99%pure) Fentanyl | $7,030.00 |
| 2/26/2017 | 10 | 4-FIBF  4-Fluoro isobutyrfentanyl | $240.00 |
| 3/1/2017 | 100 | 4-FIBF  4-Fluoro isobutyrfentanyl | $1,280.00 |
| 3/9/2017 | 2,000 | 4-FIBF  4-Fluoro isobutyrfentanyl | $17,030.00 |
| 6/9/2017 | 300 | Furanylfentanyl (99%pure) Fentanyl | $4,890.00 |
| 6/26/2017 | 1,000 | FuranylEthylFentanyl (FUEF) | $7,026.97 |
| **TOTAL** | **10,105** | | **$95,601.68** |

## UNDERCOVER PURCHASES:
## DREAM, WALL STREET, AND EMPIRE MARKETS

At the same time that the johncarter7 moniker was distributing pills to customers on various Darknet markets a number of undercover purchases of pills were made, to include the following purchases made on or about the following dates:

| Date | Market | # Pills | Package Origin | Lab Result |
|---|---|---|---|---|
| 3/19/19 | Dream | 10 | Providence, RI area | fentanyl and acetyl fentanyl |
| 3/27/19 | Wall Street | 10 | Hallandale Beach, FL | fentanyl and acetyl fentanyl |
| 4/12/19 | Wall Street | 10 | Miami, FL | fentanyl |
| 6/12/19 | Empire | 20 | Miami, FL | fentanyl and acetyl fentanyl |
| 6/19/19 | Empire | 50 | Miami, FL | fentanyl and acetyl fentanyl |

All the packages from the johncarter7 moniker were shipped via USPS Priority Mail envelopes. Affixed to the packages were printed labels which displayed return addresses with fictitious names and addresses. The pills were packaged similarly across the markets: inside of each USPS Priority Mail envelope was a padded envelope containing another paper envelope. Inside of the paper envelopes were pills which were either wrapped in paper, or contained within a vacuum seal type of packaging.

## DIRECT PURCHASES FROM JOHNCARTER7 USING
## JABBER MESSAGING SERVICE

In addition to selling pills over darknet markets, johncarter7 transitioned to selling pills directly to customers (cutting out the overhead costs of the Darknet markets and the risk that the markets would shut down and profits would be lost). Specifically, in April 2019, johncarter7 posted a Jabber account username (johncarter7@xmpp.jp) on the Wall Street vendor page for future orders. Jabber is an instant messaging service that enables real-time communication between users. By posting the Jabber contact information, johncarter7 allowed customers to make

7

purchases directly from the vendor, rather than having to place orders through the vendor page. In late April of 2019, undercover officers began communicating with johncarter7 using the Jabber account and arranged multiple purchases of narcotics, including the following purchases made on or about the following dates:

| Date | # Pills | Lab Result |
|---|---|---|
| 4/24/19 | 10 | fentanyl and acetyl fentanyl |
| 5/8/19 | 20 | fentanyl and acetyl fentanyl |
| 5/14/19 | 10 | fentanyl and acetyl fentanyl |
| 6/28/19 | 20 | fentanyl and acetyl fentanyl |
| 7/15/19 | 20 | fentanyl and acetyl fentanyl |
| 9/12/19 | 20 | heroin |
| 12/9/19 | 30 | fentanyl and heroin |

Each of the packages purchased using the Jabber messaging application contained pills that were packaged in a similar fashion to the undercover purchases from the johncarter7 moniker (described above). The packages were shipped via USPS Priority Mail envelopes from the Miami, Florida, area. Affixed to the envelopes were printed labels which displayed return addresses with fictitious names and addresses. Inside of the USPS Priority Mail envelopes were yellow padded manila envelopes. Inside of the manila envelopes were white envelopes that contained yellow or white tightly wrapped paper or vacuum seal plastic. Inside of this packaging were the light blue pills.

In a transaction in April of 2019, an undercover agent contacted johncarter7 via Jabber to conduct a direct deal. Johncarter7 provided the undercover agent with a bitcoin address ending in -PjLe7. The wallet containing that address has been linked to Spencer as the same wallet sent bitcoin to Witness #2, who is an individual whom Spencer frequently spoke with and whom he used to cash out bitcoin.

During the undercover purchase on June 28, 2019, johncarter7 provided the FBI undercover employee a bitcoin address ending in -LmNP to make the payment for the illicit

8

narcotics. Analysis of the bitcoin address revealed a transfer from the address ending in -LmNP on June 29, 2019, to an account at Binance. Binance is a global cryptocurrency exchange that provides a platform for trading more than 100 cryptocurrencies. Since early 2018, Binance is considered as the biggest cryptocurrency exchange in the world in terms of trading volume. Records from Binance indicated the account was registered to Spencer (using his known email address) and was regularly accessed from IP addresses associated with Spencer's residences in Dania Beach and Homestead, FL.

Similarly, records of payments from other pill purchasers from the johncarter7 Jabber account indicate that buyers paid into wallets controlled by Spencer. For instance, in August of 2019, Spencer sent a bitcoin address ending in -Q7s4 to a pill purchaser. The pill purchaser submitted payment to that address and Spencer then cashed out the bitcoin from that transaction with Witness #1, who he repeatedly used to cash out bitcoin proceeds from narcotics sales (the payment for the drugs thus flowed from the purchaser to Spencer's wallet and then to Witness #1). Similarly, in September of 2019, the same pill purchaser sent payment to a different address associated with Spencer and Spencer then conducted a trade with Witness #1.

## SURVEILLANCE OF DAWODU AND SPENCER

During the course of the investigation, law enforcement surveilled Spencer on numerous occasions in the Miami, Florida, area. During the surveillance, law enforcement observed the Defendants on numerous occasions. Spencer and Dawodu frequently communicated over the telephone and via messaging (for instance, law enforcement observed approximately 1,496 phone contacts between the two from June 17, 2019, to November 15, 2020).

During the course of this surveillance, law enforcement observed Dawodu drop packages containing drugs ordered via the Johncarter7 moniker into the mail stream. For instance, on or

about July 15-17, 2019, law enforcement conducted surveillance of Dawodu and observed him leave his residence in Florida with a white plastic bag which appeared to have a square box inside of it. Law enforcement subsequently observed Dawodu park near a blue USPS mailbox, located on the corner of NW 1st Avenue and NW 183rd Street, in the parking lot of the Miami Gardens Office Center. Law enforcement then observed Dawodu retrieve a white plastic bag from the vehicle which appeared to contain a square box. Dawodu walked towards the blue USPS mailbox and placed the contents of the white plastic bag, which appeared to be a large USPS shipping box or multiple flat rate envelopes, inside the blue USPS mailbox.

Shortly thereafter, an Inspector with the United States Postal Inspection Service ("USPIS") retrieved two (2) Priority Mail envelopes from the blue USPS mailbox which were similar to the packages Dawodu placed inside the mailbox (and consistent with the packages that the UC purchased from Spencer on Jabber). Those packages were seized by USPIS for further investigation. The Priority Mail envelopes were addressed to individuals located in New Haven, Connecticut, and Denver, Colorado. Law enforcement subsequently interviewed the intended recipients of the two packages and the intended recipients advised that the pills in the packages had been ordered from the johncarter7 moniker on the Empire Market.

Approximately one month later, on or about August 27, 2019, law enforcement observed Dawodu exit his residence, and drive his vehicle to the same blue USPS mailbox, located on the corner of NW 1st Avenue and NW 183rd Street, in the parking lot of the Miami Gardens Office Center. Law enforcement then observed Dawodu place a white package inside of the blue USPS mailbox.

After Dawodu left the USPS mailbox area, law enforcement maintained constant surveillance on the USPS mailbox until a postal carrier arrived. FBI agents observed 11 USPS

Priority Mail envelopes collected from the USPS mailbox located on the corner of NW 1st Avenue and NW 183rd Street. The mailings had similar packaging and postage labels as the packages previously received from johncarter7 during undercover purchases, and as the packages that were retrieved from the USPS blue mailbox during surveillance on or about July 15-17, 2019. Law enforcement seized one package for further investigation.

Law enforcement subsequently contacted an intended recipient of a package that had been seized from the blue USPS mailbox after Dawodu had been observed dropping items at the USPS mailbox on August 27, 2019. The intended recipient provided consent to search the package and the package contained fifty-two light blue pills similar in appearance to the pills purchased during the undercover and Darknet market purchases described above. The pills were later tested and found to contain fentanyl.

## SPENCER AND DAWODU'S USE OF STORAGE UNIT

During the course of the investigation, law enforcement observed Dawodu and Spencer frequenting a storage unit in Davie, FL. The Defendants appeared to use the unit to further the drug trafficking operations described herein. In November and December of 2019, Spencer was captured on video bringing a laptop computer, printer box, USPS priority mail envelopes, and other materials to the facility. The video further shows Spencer using a bag around his hand when handling envelopes, and he came out of the storage unit wearing latex gloves with envelopes in a bag. Further, in January of 2020, Dawodu was also observed outside of the storage unit handling a white plastic bag that appeared to contain USPS priority envelopes.

## RESULTS OF SEARCH OF SPENCER RESIDENCE

Law enforcement executed a search of Spencer's residence on February 23, 2021, during which numerous electronic devices were located – including laptop computers, cell phones, and

cryptocurrency hardware wallets. To the extent law enforcement was able to access and review the electronic devices, they identified files, programs, and applications on the devices consistent with the operation of a Darknet vendor account, including, among others, cryptocurrency wallets and the Jabber chat application. Law enforcement also identified cryptocurrency seed phrases which were used to recover corresponding cryptocurrency wallets. These wallets were determined to contain bitcoin received from Defendant Ogando as well as various other types of cryptocurrencies which had been withdrawn from Binance accounts used by Spencer, including the referenced account that received johncarter7 proceeds. Additionally, during a recorded jail call from the evening after the search, Spencer directed his partner to dispose of evidence (specifically, a laptop) that had been missed during law enforcement's search of the residence.

## DEFENDANT'S ACCEPTANCE

I have read this Statement of Offense and carefully reviewed every part of it with my attorney, Jack Fleischman, Esq. I am fully satisfied with the legal services provided by my attorney in connection with this Statement of Offense and all matters relating to it. I fully understand this Statement of Offense and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to fully understand this Statement of Offense. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

Date: 09-07-22

Luis Spencer
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Proffer of Facts and carefully reviewed it with my client and discussed it fully. I do not object to my client's agreement with and acceptance of this Proffer of Facts.

Date: 8-30-22

Jack Fleischman, Esq.
Attorney for Luis Spencer