IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-CR-145(JDB) |
| | ) | CRIMINAL NO. 21-CR-163(JDB) |
| | ) | |
| OLATUNJI DAWODU | ) | |

**UNOPPOSED MOTION FOR EXTENSION TO FILE SENTENCE MEMO**

COMES NOW the defendant, Olatunji Dawodu through his attorney, Kira Anne West, and asks for a short extension to file his sentence memo and in support states the following:

The final PSR has not yet been filed by probation in this case and is due December 9. Undersigned counsel is currently in trial before Judge Cooper in *USA v. Egtvedt*, 21-CR-177 (CRC) and the bench trial is going longer than anticipated. Therefore, undersigned counsel cannot devote the time needed to writing her sentence memo that it requires and deserves. Undersigned counsel conferred with AUSA Crane who does not oppose this motion.

Therefore, undersigned counsel asks that she be allowed to file the sentence memo on December 10th, 2022.

Respectfully submitted,

KIRA ANNE WEST

By: _____/s/_____
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com

CERTIFICATE OF SERVICE

I hereby certify on the 7th day of December, 2022 a copy of same was delivered to the parties of record, by email pursuant to the Covid standing order and the rules of the Clerk of Court.

/S/
Kira Anne West