**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | )   CRIMINAL NO. 21-CR-145 (JDB) |
| | )   CRIMINAL NO. 21-CR-145 (JDB) |
| | ) |
| OLATUNJI DOWADU | |

**ORDER**

Pending before the Court is the unopposed motion of defendant for an extension of time to file his presentence memorandum. The motion being meritorious and unopposed, it is hereby

**ORDERED** that the motion is GRANTED/DENIED. Defendant's sentencing memorandum is due December 10, 2022.

Signed this _____ day of _____, 2022.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE