# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.: 21-CR-145 (JDB) |
| v. | : | |
| LUIS MIGUEL TEIXEIRA-SPENCER, *et al.*, | : | |
| Defendants. | : | |

## MOTION TO WITHDRAW AS COUNSEL

Assistant United States Attorney Laura Crane respectfully moves this Honorable Court for permission to withdraw as counsel for the United States. In support of this motion, Counsel states the following:

1. On December 15, 2022, Assistant United States Attorney Crane was confirmed by the Senate to serve as an Associate Judge on the Superior Court for the District of Columbia and will be leaving the U.S. Attorney's Office for the District of Columbia.

2. Assistant United States Attorney Connor Mullin will continue to represent the United States in this case.

WHEREFORE, the government respectfully requests that this Honorable Court allow Assistant United States Attorney Crane to withdraw in this matter.

Respectfully submitted,

Matthew M. Graves
U.S. Attorney
D.C. Bar No. 481052

By: _____/s/_____

LAURA CRANE
Assistant United States Attorney
DC Bar No. 992454
555 4th Street, N.W., Room 4824
Washington, D.C. 20001
(202) 252-7667
Laura.crane@usdoj.gov