UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

## 21-cr-00145-1 (JDB)

UNITED STATES OF AMERICA,
vs.
LUIS MIGUEL TEXEIRA-SPENCER,
   Defendants.
_____/

## MOTION TO ALLOW THE DEFENDANT TO SEE AN OUTSIDE DENTIST FOR TREATMENT

COMES NOW, the defendant, Luis Miguel Texeira-Spencer, and files this MOTION requesting that the court enter an order allowing him to be transported to see an outside local dentist for treatment. In support of this motion the defendant states as follows:

1. The defendant is currently incarcerated at Northern Neck County jail facility in Virginia.

2. The crown on one of the defendant's molars came off and he is requesting that he be transported to a local dentist to have it re-crowned. The defendant's reports that the only treatment he would be given by the jail dentist would be extraction of the tooth which he does not want.

3. The defendant will pay the costs of the treatment by the private dentist.

4. After contacting the government seeking their position on this motion, AUSA Connor Mullin responded via email that "The government would oppose based on the information provided."

1

WHEREFORE the defendant requests that this honorable court grant the instant motion and to enter an order that the defendant be transported to a local dentist for treatment.

/s/ Jack A. Fleischman  
FLEISCHMAN & FLEISCHMAN, P.A.  
Jack A. Fleischman  
2161 Palm Beach Lakes Blvd., Ste. 403  
West Palm Beach, FL 33409  
Phone  561-585-3666  
Fax    561-471-8343  
Fla. Bar No.: 0714534  
Email (CM/ECF): fflaws@gmail.com  
Email (personal):  jf@ffjustice.com  

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was electronically filed with the Clerk of Court using CM/ECF and served this 9 day of January 2023 on all counsel of record and the U.S. Attorney's Office, District of Columbia.

/s/Jack A. Fleischman  
Jack A. Fleischman

cc: Client