UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | 21-cr-00145-1 (JDB) |
| : | |
| LUIS MIGUEL TEXEIRA-SPENCER, : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S
REQUEST FOR DENTAL TREATMENT**

Further to the Court's Minute Order, the United States respectfully submits this response to the defendant's January 9, 2023 request to see a private dentist. The defendant indicated that he needs to have a crown put back on one of his molars and the Northern Neck Regional Jail ("Northern Neck") is only able to perform an extraction, not a re-crowning. The government spoke at length this afternoon with two representatives from Northern Neck, who relayed that they had no record of a request for dental work by Mr. Spencer. While it is true that the "in-house" dentist does not perform re-crowning, Northern Neck can issue prisoner medical requests (PMRs) to the U.S. Marshals Service to schedule an appointment with a dentist who can perform re-crowning and similar dental procedures. This afternoon, Northern Neck indicated that they would issue a PMR immediately for Mr. Spencer's requested dental work. Northern Neck informed the government that dental appointments are typically scheduled within eight weeks, which would likely result in an appointment after Mr. Spencer's February 6, 2023 sentencing hearing. However, Northern Neck indicated that they would ask the Marshals to expedite the request in light of the Court's interest in the matter.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:   /s/ *Connor Mullin*
Connor Mullin
D.C. Bar No. 981715
Assistant United States Attorney
Federal Major Crimes Section
United States Attorney's Office for D.C.
601 D Street NW, Fifth Floor
Washington, D.C. 20530
E-mail: connor.mullin@usdoj.gov
Telephone: (202) 252-7079

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of this pleading to be served upon defense counsel this 10th day of January 2023.

/s/
Connor Mullin
Assistant United States Attorney