UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 21-cr-00145 (JDB) |
|  | : |  |
| v. | : |  |
|  | : |  |
| LUIS MIGUEL TEIXEIRA SPENCER, | : |  |
|  | : |  |
| Defendant. | : |  |

**CONSENT ORDER OF FORFEITURE**

**WHEREAS**, a written plea agreement was filed with this Court and signed by the defendant, Luis Miguel Teixera Spencer, and his counsel, Jack A. Fleischman, Esq., in which the defendant agreed to plead guilty to Count One of the Indictment (Case No. 21-CR-145), charging him with Conspiracy to Distribute 400 grams or More of a Mixture and Substance Containing Fentanyl, in violation of 21 U.S.C. § 846;

**WHEREAS**, the defendant as part of the plea agreement agreed to the forfeiture of the following items in the custody and/or control of the Federal Bureau of Investigation (FBI), including U.S. Currency, digital devices, and cryptocurrency, wallets, and ledgers;

**WHEREAS**, the Indictments further alleged that upon conviction the defendant would forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, and for any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of Count One;

**WHEREAS**, on September 23, 2022, the defendant pled guilty to the above offense;

**WHEREAS**, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, this Court determines, based upon the information before it, that: (1) any property constituting or derived from, any proceeds obtained, directly or indirectly, as the result of the offense alleged in

Count One, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense alleged in Count One is subject to forfeiture pursuant to Title 21, United States Code, Section 853(a); and (2) that a forfeiture order against the defendant is appropriate, as set forth below;

**WHEREAS**, upon entry of a forfeiture order, Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure authorizes the Attorney General or a designee to conduct any discovery the Court considers proper in identifying, locating, or disposing of property subject to forfeiture;

***NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED***:

1. That the following property is declared forfeited to the United States pursuant to Title 21, United States Code, Section 853(a): any property constituting or derived from, any proceeds obtained, directly or indirectly, as the result of the offense alleged in Count One 21-CR-145 and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offenses, including the following:

a. Item 1B191    Apple MacBook Air, Model A1466, S/N C02VP1P2J1WK

b. Item 1B192    One black Samsung cell phone with IMIE 355357110177636

c. Item 1B194    iPhone S/N DNPDFP630D80

d. Item 1B195    iPhone S/N C8PWNFSKJC6C

e. Item 1B196    iPhone S/N G6VW362YJCLH

f. Item 1B197    iPhone S/N DNPDK4SF0D82

g. Item 1B200    MacBook with s/nC02DD68NMD6M

h. Item 1B201    (U) SAID TO CONTAIN: One Ledger Nano S

i. Item 1B202    (U) SAID TO CONTAIN: One Ledger Nano S on key loop

j.  Item 1B203   (U) SAID TO CONTAIN: One Ledger Nano S on black lanyard

k.  Item 1B204   (U) SAID TO CONATIN: One Ledger Nano S box with miscellaneous paperwork

l.  Item 1B205   (U) SAID TO CONTAIN: One Ledger Nano X package with Ledger Nano X inside

m.  Item 1B213   (U) SAID TO CONTAIN: One cardstock with writing

n.  Item 1B218   (U) SAID TO CONTAIN: Two bags with capsules

o.  Item 1B220   iPhone S/N FDNS73UAG5MQ

p.  Item 1B221   (U) SAID TO CONTAIN: One white iPhone model A1660 S/N F71ST0XXHG72

2. The narcotics and narcotics packaging and paraphernalia seized during the search warrants and undercover purchases will be disposed of consistent with law enforcement protocol.

3. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

4. That pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure this Order of Forfeiture shall be made part of the sentence and included in the judgment.

5. The Attorney General or a designee, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, is authorized to conduct any discovery to identify, locate, or dispose of property subject to this Order.

6. The Clerk of the Court shall forward a certified copy of this Order to USADC.AFMLS2@usdoj.gov.

Dated this _____ day of _____, 2023.

_____
JOHN D. BATES
UNITED STATES DISTRICT COURT JUDGE