UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**21-cr-00145-1 (JDB)**

UNITED STATES OF AMERICA,
vs.
LUIS MIGUEL TEXEIRA-SPENCER,
  Defendants.
_____/

**DEFENDANT'S SENTENCING MEMORANDUM**

COMES NOW, the defendant, LUIS MIGUEL TEXEIRA-SPENCER, by and through the undersigned attorney, and files his sentencing memo, presenting to the court the following:

1. The defendant received the government's memorandum to the court regarding the government's sentencing position on January 30, 2023, in which the government is requesting the court sentence defendant to 14 years which is the top end of the Rule 11 sentencing range (10 to 14 years).

2. The defendant respectfully requests that the court impose of a sentence of no greater than 10 years which is the low end of the Rule 11 sentencing range, followed by a period of supervised release. Considering the factors set forth in 18 U.S.C. §3553(a), and the issues raised below, a BOP sentence of 10 years followed by a term of supervised release is a reasonable and appropriate sentence in this

case. The defendant requests that the court consider the following:

a.  A sentence of 14 years as requested by the government is overly harsh, creating a sentence greater than necessary to punish this defendant.

   1. It is important to note that the defendant comes to the court with a criminal history category of I. His prior criminal history consists of minor offenses and he was not, until conviction in this case, a convicted felon. He has no history of violence on others nor has he ever been involved in domestic violence. He has no history of arming himself with a weapon or firearm. Other then the instant charges which admittedly are dangerous, the defendant's history shows no indication that he had presented otherwise a danger to the community. Other than for extremely short time periods following an arrest, *he has never been incarcerated like he is now or will be subject to once he is formally sentenced in this case*. A decade of prison time will be an extremely meaningful and forceful punishment for someone who has never been incarcerated.

   2. The defendant was dropped into the United States as a teenager by his mother who never herself moved to the U.S. or took steps to insure that the defendant became a U.S. citizen. He has

culturally assimilated into the U.S. and is now subject to being deported upon completion of this sentence. He has ruined his life because of what he did in this case. He will now be separated from his longtime girlfriend and her daughter who he helped raise because he will be deported to a foreign country and unable to return to the U.S potentially forever. He will land in a country in which he has limited connections, no longtime friends, no history of work, and a country that is far different in providing the benefits and opportunities available to him as a resident of the U.S. This alone is significant punishment on top of the incarceration he must now face.

b. Sentencing Spencer to 14 years would create an unfair disparity between himself and his codefendant Olatunji Dawodu, who received a 12 year sentence. Dawodu *had a second Indictment*, with his guidelines calculating his *sentencing range at life*, while Spencer's guidelines range is calculated at 210 to 262 months. Additionally, l*arge amounts of drugs were found stored in Dawodu's residence* when searched by law enforcement.

c. The most recent statistical data published by the United States Sentencing Commission, 2021, (see portion attached) reflects that the

*average sentence for drug trafficking offenders was 53 months* with the median sentence being 25 months.

d. The defendant has already been in custody for a significant period of time.

e. Because of his immigration status, detainer and being subject to deportation upon completion of his sentence, Spencer will not be able to take advantage of the BOP programs which would otherwise reduce his sentence beyond that of the standard gain time provisions, and will disqualify him from community release and or halfway house towards the later part of his sentence. Being a deportable alien will limit where and how the defendant can be placed within BOP and will require he be held in a stricter confinement level that he would otherwise be subject to. Additionally, he will be subject to continued detention following his completed BOP sentence when he is transferred to the custody of ICE and held at an ICE facility pending deportation proceedings.

f. Letters to the court in support of Spencer at the time of sentencing are attached.

## OTHER REQUESTS OF THE COURT AT THE TIME OF SENTENCING

The defendant respectfully requests that the court also include the following at the time of sentencing:

a. That the court recommend to BOP he be placed in a facility in the State of Florida which is a low or minimum level, or if not available in Florida, then at a low or minimum level facility in the Southeast region.

b. That the court recommend that defendant take part in the RDAP program, as well as a BOP Recidivism Reduction Program. Although as an deportable alien this would not reduce his time in custody, the programs themselves could prove rehabilitative for him and prepare him for when he is released from custody.

### Conclusion and sentence requested by defendant

While this Court must calculate and consult the guideline range, that range does ***not*** generate a ***presumptively-reasonable*** sentence. Considering the factors set forth in 18 U.S.C. §3553(a), a sentence of ***120 months*** followed by supervised release, is a reasonable and appropriate sentence in this case.

   Respectfully submitted,
/s/Jack A. Fleischman
FLEISCHMAN & FLEISCHMAN, P.A.
Jack A. Fleischman
2161 Palm Beach Lakes Blvd.
Suite 403
West Palm Beach, Florida 33409
Phone  561-585-3666
Fax    561-471-8343
FL Bar No: 0714534
Email (CM\ECF): fflaws@gmail.com
Email: (office): jf@ffjustice.com

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing Sentencing Memorandum was electronically filed with the Clerk of Court using CM/ECF and served this 2 day of February, 2023, on all counsel of record and the U.S. Attorney's Office, District of Columbia.

   **/s/ _Jack A. Fleischman_**
   Jack A. Fleischman

cc: Client

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**21-cr-00145-1 (JDB)**

UNITED STATES OF AMERICA,
vs.
LUIS MIGUEL TEXEIRA-SPENCER,
   Defendants.
_____/

**APPENDIX TO DEFENDANT'S SENTENCING MEMORANDUM**

                                                                                         **Page**

1. Statistical data published by the United States Sentencing Commission, 2021 ……………………………………….. 1-2

2. Letters of support ……………………………………… 3-11

# United States Sentencing Commission



*Statistical Information Packet*

*Fiscal Year 2021*

*D.C. Circuit*

Table 7

SENTENCE LENGTH BY TYPE OF CRIME
Fiscal Year 2021

| TYPE OF CRIME | National | | | D.C. Circuit | | |
|---|---|---|---|---|---|---|
| | Mean Months | Median Months | N | Mean Months | Median Months | N |
| TOTAL | 48 | 24 | 57,286 | 38 | 24 | 253 |
| Administration of Justice | 13 | 8 | 512 | -- | -- | 1 |
| Antitrust | 3 | 3 | 6 | -- | -- | 0 |
| Arson | 63 | 48 | 79 | -- | -- | 0 |
| Assault | 57 | 36 | 668 | -- | -- | 1 |
| Bribery/Corruption | 20 | 12 | 247 | 18 | 15 | 6 |
| Burglary/Trespass | 23 | 14 | 64 | 0 | 0 | 6 |
| Child Pornography | 108 | 90 | 1,215 | 81 | 71 | 21 |
| Commercialized Vice | 14 | 11 | 114 | -- | -- | 1 |
| Drug Possession | 1 | 0 | 309 | -- | -- | 1 |
| Drug Trafficking | 74 | 60 | 17,608 | 53 | 25 | 38 |
| Environmental | 2 | 0 | 173 | -- | -- | 0 |
| Extortion/Racketeering | 25 | 15 | 116 | -- | -- | 2 |
| Firearms | 48 | 37 | 8,150 | 28 | 24 | 91 |
| Food and Drug | 9 | 1 | 47 | -- | -- | 0 |
| Forgery/Counter/Copyright | 16 | 12 | 137 | 0 | 0 | 3 |
| Fraud/Theft/Embezzlement | 20 | 12 | 4,571 | 20 | 14 | 34 |
| Immigration | 13 | 8 | 16,937 | -- | -- | 2 |
| Individual Rights | 32 | 3 | 69 | -- | -- | 1 |
| Kidnapping | 166 | 123 | 92 | -- | -- | 2 |
| Manslaughter | 69 | 59 | 56 | -- | -- | 0 |
| Money Laundering | 57 | 30 | 1,028 | 42 | 33 | 12 |
| Murder | 244 | 231 | 257 | -- | -- | 0 |
| National Defense | 37 | 26 | 217 | 85 | 25 | 4 |
| Obscenity/Other Sex Offenses | 22 | 18 | 298 | -- | -- | 0 |
| Prison Offenses | 11 | 8 | 532 | 9 | 8 | 7 |
| Robbery | 104 | 90 | 1,300 | 70 | 50 | 10 |
| Sexual Abuse | 211 | 180 | 1,062 | 138 | 156 | 4 |
| Stalking/Harassing | 26 | 18 | 219 | 23 | 18 | 3 |
| Tax | 14 | 12 | 421 | -- | -- | 2 |
| Other | 2 | 0 | 782 | -- | -- | 1 |

Of the 57,287 National cases, one case was excluded due to missing or indeterminable sentencing information.

Of the 253 cases from the D.C. Circuit, no cases were excluded.

Sentences of 470 months or greater (including life) and probation were included in the sentence average computations as 470 months and zero months, respectively. The information in this table includes conditions of confinement as described in USSG §5C1.1.

SOURCE:  U.S. Sentencing Commission, 2021 Datafile, USSCFY21.

Adilson Carvalho

31 Lawrence St.

Pawtucket, RI 02860

12/30/2022

To Whom It May Concern,

 I am writing on the behalf of Luis Texeira-Spencer. I have known Luis since September of 2006. We have mutual family members and in all this time, he has proved to be a fine and responsible character. Myself and the mutual family members who are cousins we both share would spend time with him, doing things such as play sports, video games and receive assistance with school work. Luis is a great inspiration from my childhood because he showed me a career in the music industry was possible. To this day I work on my musical craft because of the guidance I received from Luis. I currently work as a Mental Health Therapist and have received my bachelor's in Criminal Justice and my master's in clinical Mental Health Counseling. With the charges presented against Luis, this is quite a surprise and very unexpected. He has always had a great and strong personality and a desire to help others. Despite what he is facing, I am sure his spirits are high, and I am confident he will preserve and rise above regardless his fate is. It is my hope this letter regarding Luis Texeira-Spencer and his case will act as a positive and contributing factor when the court considers this matter.

Sincerely,

Adilson Carvalho

To the Honorable Judge,

      I have known Luis Spencer as a good friend, boyfriend, and stepfather of five years.  In all this time of knowing him, he has proven to be a fine and responsible person. I was both troubled and surprised to hear about his recent situation. He has always been a solid, and charitable person. It is for this reason; I am happy to write a letter of reference for Luis Spencer regarding this matter. I understand the seriousness of this matter however, I hope the court will show some leniency towards this case.

      Luis has always been a great person and has a great character. He's a person you can always go to in times of hardship, and he will always be there for you. He has helped me push through many obstacles during the times I thought I could never get through. Luis Spencer has been there for my daughter as well and stepped up as a father and treated her as his own child.  I thanked God for every day that I had Luis in my life.

      In addition to our relationship, Luis is a very giving person and is always giving to the neighborhood. Even if it's just feeding the homeless. While it is unfortunate that he has made some bad decisions, resulting in this case. While I was surprised to hear of these recent circumstances, it comes as no surprise that he is ready to accept responsibility and I believe that as we move forward, he will emerge a better person.

      It is my sincere hope the court takes this letter in to consideration at the time of sentencing. Despite the current case, I still believe Luis Spencer are to be an honorable man and valuable member of my community, good human being, a great father, and a wonderful Partner.

Sincerely,

Claudia Schilling

## COURT REFERENCE LETTER

Elton Carvalho

28 Laurel St, Pawtucket RI 02860

(401) 359-2252

eltoncarvalho@outlook.com

Date: November 25, 2022


To Whom This May Concern,

  My name is Elton Carvalho and proud to offer my recommendation of Luis Teixeira-Spencer to whom I have personally known for Twenty-Three years as my older Cousin. Ever since I was young Luis was always the type of man to look after his family and the people around him. When I was a child, I always looked forward to seeing him at the barbershop where he would give me haircuts. I always looked up to him as a role model based on how he prioritized his family and friends and ensured that our needs where always met and that we where all taken care of.

  He is also the reason why I became inspired by entrepreneurial ship and began my own business that I try to strive and build on every day. He is also the reason why I developed a love and passion for music and the entertainment industry. Till this day I continue to work in music even if its as a hobby, but it's a hobby that I was first introduced to by Luis. He has also always been someone I can reach out to in a time of need, no matter the situation he was always ready to assist. I am surprised to hear he was charged with such charges as I have never known him as the type of man to do such things. Regardless of the fact of whether he did it or not that does not change the opinions, and memories I have of him while growing up during my adolescents.

  I would be lucky to carry half of the values he carried as a man, and only wish to hold very similar traits in myself as I now go though my years as an adult working in the corporate world. I hope that this as well as many other possibly like it are taken into consideration when deciding his sentencing as I know Luis as nothing short of an honorable, and respectable man.


Sincerely,

Elton Carvalho

Frankie Rodrigues
November 2, 2002

I'm writing this letter in the behalf of my friend my brother through Jesus Christ .
Luis Teixeira Spencer always been a humble, hard-working young man with a lot of potential
He's always had a Brilliant mind
When he's puts his mind into something and he's focus, he always achieved it . We went to high school together church together, and we both had a strong passion for music.
He's a very faithful and his love for Jesus Christ is strong. Whatever challenge he's going through I know God will be there to guide him.
He's a brother he's a son he's an uncle and most important he's a human being, and we all deserve second chances

Kevin Neves

11 Clear Meadow Dr.

North Providence, RI

12/30/2022

To Whom It May Concern,

    I'm writing on behalf have of Luis Texeira-Spencer, first thing I have to say is Luis a standup guy. I remember when I met Luis at my best friend's house for the first time and from day one, he treated me nothing less than a family member; very caring, trustworthy person, down to earth, just a good guy overall. He used to pick me and his cousins up from school sometimes so we wouldn't have to walk in the cold, snow, or rain. He always asked me if I was hungry and got me food. I looked up to Luis like he was my brother just on the fact of how he treated me like family when I was not. The impression Luis left on me with his humanity is always something I remember about him first when his name comes up in conversation.

Sincerely,

Kevin Neves

Laucio Teixeira
55 Edgeworth Avenue
Providence, RI
12/15/22


To Everyone this may Concern,


      My Name Is Laucio Teixeira, I am a Alumni of the University of Rhode Island and work full time as a marketing specialist. Despite the current circumstances regarding Luis charges, it is with great honor I write this letter on behalf of a great man character. This does not excuse what happened, but it also doesn't determine who he is as a man. Since coming to the states in pursuit of a better life, Luis has always been an older brother and role model to me. Coming to a new country without his Mother and Father to learn a brand new language, I was always impressed that he would never complain. Even with the constant teasing from others about his accent, it never deterred him mastering the language and reaching his goals. This small example would soon be a theme of his life that I admired most. Luis is a man that always overcomes his failures.

      While we were in High School, Luis' love for music led to him creating an after school program that would change the community in a greatly positive way. At a time when music programs were being cut across the nation forever he led a group of students to make sure the High School still had something. The Program was called Project Peace, and with funding that he helped raise, Shea High School was able to have an afterschool music program.

      After Highschool, despite his failure academically, he continued to impact the city of Pawtucket through music and his Barbershop. He offered free haircuts to the kids at our Church until he mastered his Craft and opened a barbershop. Eventually after years of hard work and never complaining, he opened a Music Studio continuing on his Project Peace mission. With Luis only being two years older than me, the pace of what he was accomplishing was inspiring. Eventually he went to work with some of the biggest artists in the Music Industry and moved to Florida.

      The impact he left behind to his community in Pawtucket will never be forgotten. The Studio still to this day is operating and helps kids all over RI pursue their dreams in Music. The barbers he hired still work and have jobs in Pawtucket to this very day. This Country is Luis home, and the work he puts into making this place better shows. Despite these recent charges, if given the opportunity, Luis will overcome again and further use this experience to teach the younger generation a better life.


Sincerely,
Laucio Teixeira

Aldegundes Tavares
27 Burning Tree Rd.
Natick, MA 01760
617-331-3338
gungatt@gmail.com

09/21/22

Ref. LUIS MIGUEL TEIXEIRA SPENCER

To Whom It May Concern:

I am pleased to write this letter on behalf of my longtime friend Luis Miguel Spencer, who is currently in immigration proceedings.

My name is Aldegundes Tavares, a retired local consular officer in Boston and an American Citizen. I have known Luis Miguel for many years and in Cape Verde where I grew up and lived until my thirties. I was close friends with his parents and entire family, and continue to be in touch with them.

My career at the Consulate of Cape Verde included talking to families and sometimes inmates in deportation proceedings. Immigration laws, like any legislation, have the common good in mind but sometimes there are those who fall victim to lack of information and I honestly believe that Luis Spencer is one of those kids who finds himself in a tangled mess, as a result of lack of guidance and information but not lack of character and a good heart.

I ask that you take a second look at the charges against Luis and use your power to give him a chance to rebuild his life in this country that he adopted as his own since he was a teenager.

Luis lost his father and never had the opportunity to deal with grief or visit him during his illness or burial.
To his mother who still lives in Cape Verde where she retired from an outstanding career as a banker, the detention is imposing inimaginable suffering.

I am happy to let you know that Luis is a man of character, dependable, peaceful, and conscientious with everyone he meets. It is a great honor for me to know him and write these notes on his behalf.

Please contact me if you need further information. Sincerely,

*Aldegundes Tavares*
Aldegundes Tavares

# COURT REFERENCE LETTER

Hipolito Carvalho
555 N Main Street #1168, Providence, Rhode Island, 02904
(401) 359-2340
hipolitocarvalho@gmail.com


Date: November 25 2022


To Whom This May Concern,

My name is Hipolito Carvalho and proud to offer my recommendation of Luis Teixeira-Spencer to whom I have personally known for 27 years as my Cousin.

During my relationship with Luis I have experienced an individual who works hard and caries themselves in a polite and respectable manner. In addition, Luis is a family orientated person who always represented himself with levelheadedness and grace. I remember growing up and attended church with him where he was in the church choir. It may be at this time where he fell in love with music and encouraged him to pursue the music business route. He even had a large influence in me getting into music myself, where I even entered a University as a candidate and getting a Bachelors of Science degree in Audio Engineering. Luis is a person I could always look up to in this field when it came to information and growth when it came to this industry.

In addition that he was always a person who looked out for anyone who was in need and made sure everyone was in good hands. It's with great confidence that I recommend Luis as someone who, I truly believe, possesses the character and judgement for the betterment of our community.

Please do not hesitate to contact me if you should require any further information.


Sincerely,

*[signature]*

**Signature** _____
By Hipolito Carvalho Date: November 25 2022

 

To the honorable Judge John Bates,

     We at Gold Label Inflatables and Barbershop Love are reaching out in regards to the sentencing of Luis Spencer. We've known Luis for many years as he was heavily involved in the community with kids in the environment. With his music engineering background he was able to teach the youth how to create instrumental using live instruments such as, piano guitar etc. Luis was immensely dedicated to his family and work, known to be very helpful person you can count on. We've known Luis to carry himself in a polite, respectable manner leaving a great impression everywhere he went.

It's in our sincere hopes that the court takes this letter into consideration at the time of sentencing, I believe Luis Spencer to be an honorable individual, and a great value to our community especially our youth.

If you have any question regarding this letter please feel free to contact us at at Gold Label Inflatables (401)300-8243 and Barbershop Love (401)345-3410.

Sincerely
Owner
Sherwin C. Ramos
Gold Label Inflatables & Barbershop Love